**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00055-CV

## IN RE COMMITMENT OF JUAN CARLOS RAMIREZ

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1268291Z**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal for want of jurisdiction. This is an attempted appeal from an order of civil commitment as a sexually violent predator signed November 10, 2022. *See* Tex. Health & Safety Code Ann. § 841.146(b). Appellant filed an untimely motion for new trial on December 19, 2022. Appellant's notice of appeal was filed January 23, 2023

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

We grant appellant's motion and dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.